

FILED

JAN 10 2019

*Donna Jill Johnson*
CIRCUIT CLERK

IN THE COUNTY COURT OF LAUDERDALE COUNTY
THE STATE OF MISSISSIPPI

NORMA L. SANDE                                                    PLAINTIFF

V.                                    CIVIL ACTION, FILE NO. 19-*00754*

THE HARTFORD and
UNIVERSAL HEALTH SERVICES, INC. d/b/a
ALLIANCE HEALTH SERVICES, INC.                          DEFENDANTS

---

## COMPLAINT FOR DAMAGES

---

COMES NOW Norma L. Sande, and files herewith her Complaint for Damages against The Hartford and Universal Health Services, Inc. doing business as Alliance Health Services, Inc., and in support thereof would show unto the Court the following facts, to-wit:

The parties are:

A.     Norma L. Sande, 5917 5th Street, Meridian, MS  39307, Plaintiff.

B.     The Hartford, an out of state insurance company doing business in the State of Mississippi, with a home address of Post Office Box 14299, Lexington, Kentucky  40512-4299, who may be served with process by service on the Insurance Department of the State of Mississippi, Post Office Box 79, Jackson, Mississippi.

C.     Universal Health Services, Inc. doing business as Alliance Health Services, Inc., 5000 Highway, Meridian, Mississippi.  Process may be had by serving the Director/CEO Jay Shehi.

My Commission Expires 1st Monday, Jan. 2020

I, Donna Jill Johnson, Circuit Clerk of Lauderdale County do hereby certify this is a true and correct copy of _Complete file_ filed in this office
This the _1st_ day of _Feb._, 20 _19_.
DONNA JILL JOHNSON, Circuit Clerk
By _Judy Welge_ , D.C.

**EXHIBIT B**

1.     In or about 1999, Norma L. Sande [hereinafter "Lee"] entered into a contract of insurance with Universal Health Services, Inc., Policy Number 0GL034226, acting as agent for Defendant The Hartford through her employer, Universal Health Services, Inc., doing business as Alliance Health Services, Inc., which included coverage on the life of her then spouse, Emmett Lee Holcomb, Jr.

2.     Venue and jurisdiction are proper in this Court as the contract was made and the premiums were paid in Lauderdale County, Mississippi.   Furthermore, the contract was negotiated in Lauderdale County, Mississippi, and this Court has original jurisdiction over the subject matter and the parties.

3.     The premiums were deducted from her pay by  Alliance Health Services, Inc. at the rate of $17.74 per pay period, 26 times per year, or a total of $461.24 per year for  over 15 years.

4.     A copy of the Policy of Insurance provided by The Hartford purported to be the policy which Lee entered, is attached hereto as Exhibit "A" and incorporated herein, although Lee never received a copy of the policy/contract from Alliance or from The Hartford at the time the contract was made.

5.     Emmett Lee Holcomb, Jr. departed this life on January 31, 2018, and a copy of his Certificate of Death is attached hereto as Exhibit "B"  and made a part hereof.

6.     The Hartford and Alliance Health Services, Inc., refuses to make payment on the policy in the amount of $35,000.  Reasonable effort has been made to convince them of their obligation to do so, but they have failed and refused to pay the amount due, nor have they offered to return the premiums paid.

7.      The position of the Defendants is unconscionable and is evidence of bad faith.  They should be required to pay a penalty for the bad faith.

8.      The Plaintiff has been required to hire the services of an attorney to represent her in this matter, and the Defendants should pay reasonable attorney's fees for the presentation of this claim.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Norma L. Sande, does hereby file suit against The Hartford and Alliance Health Services, Inc., and demands judgment against for actual damages in the $35,000.00, plus interest as provided by law from and after the date of the death of Emmett Lee Holcomb, Jr., on January 31, 2018; a judgment for bad faith in the amount of $40,000.00 for a total of $75,000.00 plus all costs of Court.

RESPECTFULLY SUBMITTED, this the ___9th___ day of January 2019.


_Norma L. Sande_
NORMA L. SANDE, Plaintiff


*Prepared by:*


_Robt J. Bresnaha_
**ROBERT J. BRESNAHAN**
Attorney at Law, MSB #04389
1108 – 19th Avenue (39301)
Post Office Box 826
Meridian, MS 39302-0826
(601) 693-6386 Telephone
(601) 693-6401 Facsimile
bresatty@comcast.net

# YOUR
# BENEFIT
# PLAN

## UNIVERSAL HEALTH SERVICES, INC.

**Basic Term Life, Supplemental Dependent Life, Supplemental Term Life**

## Questions or Complaints about Your Coverage

In the event You have questions or complaints regarding any aspect of Your coverage, You should contact Your Employee Benefits Manager or You may write to us at:

The Hartford
Group Benefits Division, Customer Service
P.O. Box 2999
Hartford, CT 06104-2999

**Or call Us at:** 1-800-523-2233

When calling, please give Us the following information:
1) the policy number; and
2) the name of the policyholder (employer or organization), as shown in Your Certificate of Insurance.

**Or You may contact Our Sales Office:**

Hartford Life and Accident Insurance Company
Group Sales Department
1550 Liberty Ridge Drive
Suite 250
Wayne, PA  19087
TOLL FREE:  866-610-6640
FAX:  610-538-1859

If you have a complaint, and contacts between you and the insurer or an agent or other representative of the insurer have failed to produce a satisfactory solution to the problem, the following states require we provide you with additional contact information:

| For residents of: | Write | Telephone |
|---|---|---|
| **Arkansas** | Arkansas Insurance Department<br>Consumer Services Division<br>1200 West Third Street<br>Little Rock, AR 72201-1904 | 1(800) 852-5494<br>1(501) 371-2640 (in the Little Rock area) |
| **California** | State of California Insurance Department<br>Consumer Communications Bureau<br>300 South Spring Street, South Tower<br>Los Angeles, CA 90013 | 1(800) 927-HELP |
| **Idaho** | Idaho Department of Insurance<br>Consumer Affairs<br>700 W State Street, 3rd Floor<br>PO Box 83720<br>Boise, ID 83720-0043 | 1-800-721-3272 or www.DOI.Idaho.gov |
| **Illinois** | Illinois Department of Insurance<br>Consumer Services Station<br>Springfield, Illinois 62767 | Consumer Assistance: 1(866) 445-5364<br>Officer of Consumer Health Insurance:<br>1(877) 527-9431 |
| **Indiana** | Public Information/Market Conduct<br>Indiana Department of Insurance<br>311 W. Washington St. Suite 300<br>Indianapolis, IN 46204-2787 | Consumer Hotline: 1(800) 622-4461<br>1(317) 232-2395 (in the Indianapolis Area) |
| **Virginia** | Life and Health Division<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23209 | 1(804) 371-9741 (inside Virginia)<br>1(800) 552-7945 (outside Virginia) |
| **Wisconsin** | Office of the Commissioner of Insurance<br>Complaints Department<br>P.O. Box 7873 | 1(800) 236-8517 (outside of Madison)<br>1(608) 266-0103 (in Madison)<br>to request a complaint form. |

Madison, WI 53707-7873

**The following states require that We provide these notices to You about Your coverage:**

For residents of:

| | |
|---|---|
| **Arizona** | This certificate of insurance may not provide all benefits and protections provided by law in Arizona.  Please read This certificate carefully. |
| **Florida** | The benefits of the policy providing you coverage are governed primarily by the laws of a state other than Florida. |

## STATE OF DELAWARE
### The Civil Union and Equality Act of 2011
### Effective January 1, 2012

In accordance with Delaware law, insurers are required to provide the following notice to applicants of insurance policies issued in Delaware.

The Civil Union and Equality Act of 2011 ("the Act") creates a legal relationship between two persons of the same sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Delaware to spouses in a legal marriage. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Delaware law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to Chapter 2 of Title 13 of the Delaware Code or the State of Delaware website at www.delaware.gov/CivilUnions.

### Georgia
The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family abuse.

## STATE OF ILLINOIS
### The Religious Freedom Protection and Civil Union Act
### Effective June 1, 2011

In accordance with Illinois law, insurers are required to provide the following notice to applicants of insurance policies issued in Illinois.

The Religious Freedom Protection and Civil Union Act ("the Act") creates a legal relationship between two persons of the same or opposite sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Illinois to spouses. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Illinois law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of civil unions or same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to 750 ILCS 75/1 *et seq.* Examples of the interaction between the Act and existing law can be found in the Illinois Insurance Facts, Civil Unions and Insurance Benefits document available on the Illinois Department of Insurance's website at www.insurance.illinois.gov.

### Maine

The laws of the State of Maine require notification of the right to designate a third party to receive notice of cancellation, to change the designation and, policy reinstatement if the insured suffers from organic brain disease and the ground for cancellation was the insured's nonpayment of premium or other lapse or default on the part of the insured.

Within 10 days after a request by an insured, a Third Party Notice Request Form shall be mailed or personally delivered to the insured.

### Maryland

**The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

### Massachusetts

**As of January 1, 2009, the Massachusetts Health Care Reform Law requires that Massachusetts residents, eighteen (18) years of age and older, must have health coverage that meets the Minimum Creditable Coverage standards set by the Commonwealth Health Insurance Connector, unless waived from the health insurance requirement based on affordability or individual hardship.  For more information call the Connector at 1-877-MA-ENROLL or visit the Connector website (www.mahealthconnector.org ) .**

This plan is not intended to provide comprehensive health care coverage and **does not meet Minimum Creditable Coverage standards,** even if it does include services that are not available in the insured's other health plans.

**If you have questions about this notice, you may contact the Division of Insurance by calling (617) 521-7794 or visiting its website at www.mass.gov/doi.**

### Montana

Conformity with Montana statutes:  The provisions of this certificate conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this certificate.

### North Carolina

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, FINANCIAL AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP LIFE INSURANCE, GROUP HEALTH OR GROUP HEALTH PLAN PREMIUMS, SHALL:
1) CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSON INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT; AND
2) WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS. VIOLATION OF THIS LAW IS A FELONY. ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

**IMPORTANT TERMINATION**
**INFORMATION**

**YOUR INSURANCE MAY BE CANCELLED BY THE COMPANY. PLEASE READ THE TERMINATION PROVISION IN THIS CERTIFICATE.**

**THIS CERTIFICATE OF INSURANCE PROVIDES COVERAGE UNDER A GROUP MASTER POLICY. THIS CERTIFICATE PROVIDES ALL OF THE BENEFITS MANDATED BY THE NORTH CAROLINA INSURANCE CODE, BUT YOU MAY NOT RECEIVE ALL OF THE PROTECTIONS PROVIDED BY A POLICY ISSUED IN NORTH CAROLINA AND GOVERNED BY ALL OF THE LAWS OF NORTH CAROLINA.**

**Texas**

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call The Hartford's toll-free telephone number for information or to make a complaint at:

1-800-523-2233

You may also write to The Hartford at:
P.O. Box 2999
Hartford, CT 06104-2999

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

1-800-252-3439

You may write the Texas Department of Insurance at:
P.O. Box 149104
Austin, TX 78714-9410
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de The Hartford para informacion o para someter una queja al:

1-800-523-2233

Usted tambien puede escribir a The Hartford:
P.O. Box 2999
Hartford, CT 06104-2999

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas:
P.O. Box 149104
Austin, TX 78714-9410
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o The Hartford primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.



### THE HARTFORD

## CERTIFICATE OF INSURANCE
## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Simsbury, Connecticut
### (A stock insurance company)

**Policyholder: UNIVERSAL HEALTH SERVICES, INC.**
**Policy Number: GL-034226**
**Policy Effective Date: January 1, 1997**
**Policy Anniversary Date: January 1, 2019**

We have issued The Policy to the Policyholder. Our name, the Policyholder's name and The Policy Number are shown above. The provisions of The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate. This certificate replaces any other certificate We may have given to You earlier under The Policy. The Policy alone is the only contract under which payment will be made. Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office. The Policy may be inspected at the office of the Policyholder.

Signed for the Company

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

---

*A note on capitalization in this Certificate:*

Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

GBD-1100 A.1

# TABLE OF CONTENTS

SCHEDULE OF INSURANCE.................................................................................9
    Cost of Coverage ......................................................................................9
    Eligible Class(es) for Coverage..................................................................9
    Eligibility Waiting Period for Coverage ........................................................9
    Benefit Amounts.......................................................................................9
ELIGIBILITY AND ENROLLMENT ......................................................................11
    Eligible Persons .....................................................................................11
    Eligibility for Coverage............................................................................12
    Enrollment............................................................................................12
    Evidence of Insurability...........................................................................12
PERIOD OF COVERAGE ..................................................................................13
    Effective Date.........................................................................................13
    Deferred Effective Date ...........................................................................13
    Dependent Effective Date.........................................................................13
    Dependent Deferred Effective Date ...........................................................13
    Dependent Continuity From a Prior Policy...................................................14
    Change in Coverage................................................................................14
    Termination ...........................................................................................14
    Continuation Provisions ...........................................................................15
BENEFITS .....................................................................................................16
    Life Insurance Benefit.............................................................................16
    Accelerated Benefit ................................................................................16
    Conversion Right....................................................................................17
    Portability..............................................................................................18
GENERAL PROVISIONS...................................................................................20
DEFINITIONS.................................................................................................22
AMENDATORY RIDER......................................................................................25
ERISA ..........................................................................................................32

# SCHEDULE OF INSURANCE

**AMENDMENT TO GROUP POLICY GL-34226 PROCESSED ON NOVEMBER 7, 2018. ANY CHANGES BETWEEN THIS POLICY AND THE PREVIOUSLY ISSUED POLICY ARE EFFECTIVE AUGUST 1, 2018.**

**Cost of Coverage:**
**Non-Contributory Coverage:**       Basic Life Insurance

**Contributory Coverage:**       Supplemental Life Insurance
                                 Supplemental Dependent Life Insurance

**Eligible Class(es) For Coverage:**  All Full-time Active Employees and Part-time Active Employees at locations that offer coverage for Part-time employees, who are citizens or legal residents of the United States, its territories and protectorates, excluding temporary, leased or seasonal employees and employees who are subject to a collective bargaining agreement, unless such agreement provides for coverage under this Policy.

Full-time Employment:  at least 30 hours weekly; at eligible locations
Part-time Employment:  at least 20 hours weekly; at eligible locations

**Annual Enrollment Period:**  as determined by Your Employer on a yearly basis.

**Eligibility Waiting Period for Coverage**:
   1)   None - if You are working for the Employer on the Policy Effective Date; or
   2)   30 day(s) - if You start working for the Employer after the Policy Effective Date.

The time period(s) referenced above are continuous.

## Life Insurance Benefit

**Amount of Life Insurance**

### Basic Amount of Life Insurance

**Maximum Amount**
1 times Your annual Earnings, subject to a maximum of $500,000 rounded to the nearest $1,000 if not already a multiple of $1,000.

With respect to employees whose annual earnings are $500,000 or less:
### Supplemental Amount of Life Insurance

**Guaranteed Issue Amount**
Your annual Earnings rounded to the nearest $1,000 if not already a multiple of $1,000, times 1, 2, 3, 4, 5, 6, or 7 nearest to but less than $500,000.

**Maximum Amount**
Your annual Earnings, rounded to the nearest $1,000 if not already a multiple of $1,000, times 1, 2, 3, 4, 5, 6, or 7 subject to a maximum of $1,000,000.

With Respect to employees whose annual earnings are greater than $500,000:
### Supplemental Amount of Life Insurance

**Guaranteed Issue Amount**
1 times Your annual Earnings rounded to the nearest $1,000 if not already a multiple of $1,000.

**Maximum Amount**
Your annual Earnings, rounded to the nearest $1,000, times 1, 2, 3, 4, 5, 6, or 7 subject to a maximum of $1,000,000.

9

## Dependent Life Insurance Benefit

### Supplemental Amount of Dependent Life Insurance

Option 1:

Spouse

**Maximum Amount**
$10,000

Option 2:

Spouse

**Maximum Amount**
$25,000

Option 3:

Spouse

**Maximum Amount**
$35,000

Option 4:

Spouse

**Maximum Amount**
$100,000

Option 5:

Spouse

**Maximum Amount**
$250,000

Option 6:

| | **Maximum Amount** |
|---|---|
| Spouse | $10,000 |
| Dependent Children: Age 14 day(s) but under age 180 day(s) | $500 |
| Dependent Children: Age 180 day(s) but under age 19 year(s) | $2,000 |

Option 7:

| | **Maximum Amount** |
|---|---|
| Spouse | $25,000 |
| Dependent Children: 14 day(s) but under 180 day(s) | $500 |
| Dependent Children: Age 180 day(s) but under age 19 year(s) | $10,000 |

Option 8:

| | **Maximum Amount** |
|---|---|
| Spouse | $35,000 |
| Dependent Children: 14 day(s) but under 180 day(s) | $500 |
| Dependent Children: Age 180 day(s) but under age 19 year(s) | $15,000 |

Option 9:

|  | Maximum Amount |
|---|---|
| Spouse | $100,000 |
| Dependent Children: 14 day(s) but under 180 day(s) | $500 |
| Dependent Children: Age 180 day(s) but under age 19 year(s) | $15,000 |

Option 10:

|  | Maximum Amount |
|---|---|
| Spouse | $250,000 |
| Dependent Children: 14 day(s) but under 180 day(s) | $500 |
| Dependent Children: Age 180 day(s) but under age 19 year(s) | $15,000 |

### Reduction in Amount of Life Insurance

We will reduce the Amount of Life Insurance for You and Your Dependents by any Amount of Life Insurance in force, paid or payable:
1) in accordance with the Conversion Right;
2) under the Portability provision; or
3) under the Prior Policy.

With respect to Employee Coverage Only:

### Reduction in Coverage Due to Age

We will reduce the Life Insurance Benefit for You by the percentage indicated in the table below. This reduction will be effective on the Policy Anniversary Date following the date You attain the ages shown below. The reduction will apply to the Amount of Life Insurance in force immediately prior to the first reduction made.

Reductions also apply if:
1) You become covered under The Policy; or
2) Your coverage increases;
on or after the date You attain age 70.

|  | Your Age | Your % Reduction |
|---|---|---|
| Percentage by which original amount of coverage will be reduced. | 70 | 20 % |
|  | 75 | 30% |
|  | 80 | 35% |
|  | 85 | 40% |

The reduced amount of coverage will be rounded to the next higher multiple of $1,000, if not already a multiple of $1,000. An appropriate adjustment in premium will be made.

## ELIGIBILITY AND ENROLLMENT

**Eligible Persons:** *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

11

**Eligibility for Coverage:** *When will I become eligible?*
You will become eligible for coverage on the latest of:
1) the Policy Effective Date;
2) the date You become a member of an Eligible Class; or
3) the date You complete the Eligibility Waiting Period for Coverage shown in the Schedule of Insurance, if applicable.

**Eligibility for Dependent Coverage:** *When will I become eligible for Dependent Coverage?*
You will become eligible for Dependent coverage on the later of:
1) the date You become eligible for Employee coverage; or
2) the date You acquire Your first Dependent.

No person may be covered as a Dependent Child of more than one Employee under The Policy.

**Enrollment:** *How do I enroll for coverage?*
For Non-Contributory Coverage, Your Employer will automatically enroll You for coverage. However, You will be required to complete a beneficiary designation form.

To enroll for Contributory Coverage, You must:
1) complete and sign a group insurance enrollment form which is satisfactory to Us, for Your coverage and Your Dependent's coverage; and
2) deliver it to Your Employer.

If You do not enroll for Your coverage within 30 days after becoming eligible under The Policy, or if You were eligible to enroll under the Prior Policy and did not do so, and later choose to enroll, You may enroll for Your coverage only:
1) during an Annual Enrollment Period designated by the Policyholder; or
2) within 30 days of the date You have a Change in Family Status.

Any Enrollment for You may be subject to the Evidence of Insurability Requirements provision.  Any Enrollment for Dependent Spouse coverage will be subject to the Pre-existing Conditions Limitation.

With respect to Supplemental Life Insurance:
**Evidence of Insurability Requirements:** *When will I first be required to provide Evidence of Insurability?*
We require Evidence of Insurability for initial coverage if You:
1) enroll more than 30 days after the date You are first eligible to enroll, for an amount greater than one level, including electing initial coverage after a Change in Family Status;
2) enroll for an Amount of Life Insurance greater than the Supplemental Guaranteed Issue Amount, regardless of when You enroll for coverage; or
3) were eligible for any coverage under the Prior Policy, but did not enroll and later choose to enroll for that coverage under The Policy for an amount greater than one level.

If Your Evidence of Insurability is not satisfactory to Us:
1) Your Amount of Life Insurance will equal the amount for which You were eligible without providing Evidence of Insurability, provided You enrolled within 30 days of the date You were first eligible to enroll; and
2) You will not be covered under The Policy if You enrolled more than 30 days after the date You were first eligible to enroll.

With respect to Employee coverage only:
**Evidence of Insurability:** *What is Evidence of Insurability?*
Evidence of Insurability must be satisfactory to Us and may include, but will not be limited to:
1) a completed and signed application approved by Us;
2) a medical examination;
3) attending Physician's statement; and
4) any additional information We may require.

Evidence of Insurability will be furnished at Our expense except for Evidence of Insurability due to late enrollment.  We will then determine if You or Your Dependents are insurable for initial coverage or an increase in coverage under The Policy, as described in the Increase in Amount of Life Insurance provision.

You will be notified in writing of Our determination of any Evidence of Insurability submission.

**Change in Family Status:** *What constitutes a Change in Family Status?*
A Change in Family Status occurs when:
1) You get married;
2) You and Your spouse divorce or You get legally separated or Your marriage is annulled;
3) Your child is born or You adopt or become the legal guardian of a child;
4) Your spouse dies;
5) Your child is no longer financially dependent on You or dies;
6) Your spouse is no longer employed, which results in a loss of group insurance or commences employment;
7) You have a change in classification from part-time to full-time or from full-time to part-time, or You have a change in worksite, with the consequence that You or Your spouse become or cease to be eligible for coverage under this or another employee benefit plan;
8) You or Your spouse commence or return from an unpaid leave of absence; or
9) You have a significant curtailment of or change in the cost of coverage under another employer's plan.

# PERIOD OF COVERAGE

**Effective Date:** *When does my coverage start?*
Non-Contributory Coverage will start on the date You become eligible.

Contributory Coverage, for which Evidence of Insurability is not required, will start on the latest to occur of:
1) the date You become eligible, if You enroll on or before that date;
2) the first day of the month on or next following the last day of the Annual Enrollment Period, if You enroll during an Annual Enrollment Period; or
3) the date You enroll, if You do so within 30 days from the date You are eligible.

Any coverage for which Evidence of Insurability is required, will become effective on the later of:
1) the date You become eligible; or
2) the date We approve Your Evidence of Insurability.

All Effective Dates of coverage are subject to the Deferred Effective Date provision.

**Deferred Effective Date:** *When will my effective date for coverage or a change in my coverage be deferred?*
If, on the date You are to become covered:
1) under The Policy;
2) for increased benefits; or
3) for a new benefit;
You are not Actively at Work due to a physical or mental condition, such coverage will not start until the date You are Actively at Work.

**Dependent Effective Date:** *When does Dependent coverage start?*
Coverage will start on the later to occur of:
1) the date You become eligible for Dependent coverage, if You have enrolled on or before that date; or
2) the first day of the month on or next following the last day of the Annual Enrollment Period, if You enroll during an Annual Enrollment Period; or
3) the date You enroll, if You do so within 30 days from the date You are eligible for Dependent coverage.

In no event will Dependent coverage become effective before You become insured, with respect to the Supplemental Dependent Life Insurance.

**Dependent Deferred Effective Date:** *When will the effective date for Dependent coverage or a change in coverage be deferred?*
If on the date Your Dependent is to become covered:
1) under The Policy;
2) for increased benefits; or
3) for a new benefit;
he or she is:

    1)   confined in a hospital; or
    2)   Confined Elsewhere;
such coverage will not start until he or she:
    1)   is discharged from the hospital; or
    2)   is no longer Confined Elsewhere;
and has engaged in all the normal and customary activities of a person of like age and gender, in good health, for at least 15 consecutive days.

This Deferred Effective Date provision will not apply to disabled children who qualify under the definition of Dependent Children.

**Confined Elsewhere** means Your Dependent is unable to perform, unaided, the normal functions of daily living, or leave home or other place of residence without assistance.

**Dependent Continuity from a Prior Policy:**  *Is there Continuity of Coverage from a Prior Policy for my Dependents?*
If on the day before the Policy Effective Date, You were covered with respect to Your Dependents under the Prior Policy, the Deferred Effective Date provision will not apply to initial coverage under The Policy for such Dependents.  However, the Dependent Amount of Insurance will be the lesser of the Amount of Life Insurance:
    1)   they had under the Prior Policy; or
    2)   shown in the Schedule of Insurance;
reduced by any coverage amount:
    1)   that is in force, paid or payable under the Prior Policy; or
    2)   that would have been so payable under the Prior Policy had timely election been made.

**Change in Coverage:**  *When may I change my coverage or coverage for my Dependents?*
After Your initial enrollment You may increase or decrease coverage for You or Your Dependents, or add a new Dependent to Your existing Dependent coverage:
    1)   during any Annual Enrollment Period designated by the Policyholder; or
    2)   within 30 days of the date of a Change in Family Status.

Any such increase in Dependent Spouse coverage is subject to the Pre-existing Conditions Limitation.

**Effective Date for Changes in Coverage:** *When will changes in coverage become effective?*
Any decrease in coverage will take effect on the date of the change.

Any increase in coverage will take effect on the latest of:
    1)   the date of the change;
    2)   the date requirements of the Deferred Effective Date provision are met;
    3)   the date Evidence of Insurability is approved, if required; or
    4)   the January 1st next following the last day of the Annual Enrollment Period, except for an increase as a result of a Change in Family Status.

**Increase in Amount of Life Insurance:**  *If I request an increase in the Amount of Life Insurance for myself, must I provide Evidence of Insurability?*
If You increase more than one additional increment of coverage, including electing Supplemental Life for the first time and elect more than one increment, You must provide Evidence of Insurability for increases of more than one increment.

In any event, if the Amount of Life Insurance You request is greater than the Guaranteed Issue Amount, You must provide Evidence of Insurability.

If Your Evidence of Insurability is not satisfactory to Us, the Amount of Life Insurance You had in effect on the date immediately prior to the date You requested the increase will not change.

**Termination:**  *When will my coverage end?*
Your coverage will end on the earliest of the following:
    1)   the date The Policy terminates;
    2)   the date You are no longer in a class eligible for coverage, or The Policy no longer insures Your class;
    3)   the date the premium payment is due but not paid; or
    4)   the end of the pay period in which your employment terminates;
unless continued in accordance with any of the Continuation Provisions.

**Dependent Termination:** *When does coverage for my Dependent end?*
Coverage for Your Dependent will end on the earliest to occur of:
1) the date Your coverage ends;
2) the date the required premium is due but not paid;
3) the date You are no longer eligible for Dependent coverage;
4) the date We or the Employer terminate Dependent coverage; or
5) the date the Dependent no longer meets the definition of Dependent;
unless continued in accordance with the continuation provisions.

**Continuation Provisions:** *Can my coverage and coverage for my Dependents be continued beyond the date it would otherwise terminate?*
Coverage can be continued by Your Employer beyond a date shown in the Termination provision, if Your Employer provides a plan of continuation which applies to all employees the same way. Coverage may not be continued under more than one Continuation Provision.

The amount of continued coverage applicable to You or Your Dependents will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended. Continued coverage:
1) is subject to any reductions in The Policy;
2) is subject to payment of premium;
3) may be continued up to the maximum time shown in the provisions; and
4) terminates if The Policy terminates.
In no event will the amount of insurance increase while coverage is continued in accordance with the following provisions.

In all other respects, the terms of Your coverage and coverage for Your Dependents remain unchanged.

Leave of Absence:  If You are on a documented leave of absence, other than Family and Medical Leave or Military Leave of Absence, Your coverage (including Dependent Life coverage) may be continued for a maximum of 6 month(s) in a twelve month period.

Military Leave of Absence:  If You enter active military service and are granted a military leave of absence in writing, Your coverage (including Dependent Life coverage) may be continued for up to 6 month(s).  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

Lay Off:  If You are temporarily laid off by the Employer due to lack of work, Your coverage (including Dependent Life coverage) may be continued until the last day of the month following the month in which the layoff commenced.  If the lay-off becomes permanent, this continuation will cease immediately.

Status Change:  If You are:
1) employed by the Policyholder; and
2) no longer in an Eligible Class due to a reduction in the number of scheduled hours You work;
Your coverage (including Dependent Life coverage) may be continued until the last day of the third consecutive month after the month in which Your scheduled hours were reduced.

Sickness or Injury:  If You are not Actively at Work due to sickness or injury, all of Your coverages may be continued:
1) for a period of 6 month(s) in a twelve month period; or
2) if such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed for 6 month(s) after the month in which You became disabled.

Family Medical Leave:  If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of 1993, or other applicable state or local law, Your coverage(s) (including Dependent Life coverage) may be continued for up to 12 weeks, or 26 weeks if You qualify for Family Military Leave, or longer if required by other applicable law, following the date Your leave commenced. If the leave of absence terminates prior to the agreed upon date, this continuation will cease immediately.

**Continuation for Dependent Child(ren) with Disabilities:** *Will coverage for Dependent Children with disabilities be continued?*
If Your Dependent Child(ren) reach the age at which they would otherwise cease to be a Dependent as defined, and they are:

1) age 19 or older; and
2) disabled; and
3) primarily dependent upon You for financial support;
then Dependent Child(ren) coverage will not terminate solely due to age. However:
1) You must submit proof satisfactory to Us of such Dependent Child(ren)'s disability within 31 days of the date he or she reaches such age; and
2) such Dependent Child(ren) must have become disabled before attaining age 19.

Coverage under The Policy will continue as long as:
1) You remain insured;
2) the child continues to meet the required conditions; and
3) any required premium is paid when due.
However, no increase in the Amount of Life Insurance for such Dependent Children will be available.

We have the right to require proof, satisfactory to Us, as often as necessary during the first two years of continuation, that the child continues to meet these conditions. We will not require proof more often than once a year after that.

## BENEFITS

**Life Insurance Benefit:** *When is the Life Insurance Benefit payable?*
If You or Your Dependents die while covered under The Policy, We will pay the deceased person's Life Insurance Benefit after We receive Proof of Loss, in accordance with the Proof of Loss provision.

The Life Insurance Benefit will be paid according to the General Provisions of The Policy.

**Suicide:** *What benefit is payable if death is a result of suicide?*
If Your Dependent commits suicide while sane or insane, We will not pay any Supplemental Amount of Dependent Life Insurance for the deceased person which was elected within the 2 year period immediately prior to the date of death. This applies to initial coverage and elected increases in coverage. It does not apply to benefit increases that resulted solely due to an increase in Earnings.

This 2 year period includes the time group life insurance coverage was in force under the Prior Policy.

**Accelerated Benefit:** *What is the benefit?*
In the event that You or Your Dependent are diagnosed as Terminally Ill while the Terminally Ill person is covered under The Policy for an Amount of Life Insurance of at least $10,000, We will pay the Accelerated Benefit amount as shown below, provided We receive proof of such Terminal Illness.

You must request in writing that a portion of the Terminally Ill person's Amount of Life Insurance be paid as an Accelerated Benefit.

**The Amount of Life Insurance payable upon the Terminally Ill person's death will be reduced by any Accelerated Benefit Amount paid under this benefit.**

You may request a minimum Accelerated Benefit amount of $3,000, and a maximum of $500,000. However, in no event will the Accelerated Benefit Amount exceed 80% of the Terminally Ill person's Amount of Life Insurance. This option may be exercised only once for You and only once for each of Your Dependents.

For example, if You are covered for a Life Insurance Benefit Amount under The Policy of $20,000 and are Terminally Ill, You can request any portion of the Amount of Life Insurance Benefits from $3,000 to $16,000 to be paid now instead of to Your beneficiary upon death. However, if You decide to request only $3,000 now, You cannot request the additional $13,000 in the future.

In the event:
1) You are required by law to accelerate benefits to meet the claims of creditors; or
2) if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement;
You will still be required to satisfy all the terms and conditions herein in order to receive an Accelerated Benefit.

If You have executed an Assignment of rights and interest with respect to Your or Your Dependent's Amount of Life Insurance, in order to receive the Accelerated Benefit, We must receive a release from the assignee before any benefits are payable.

**Terminal Illness or Terminally Ill** means a life expectancy of 12 months or less.

**Proof of Terminal Illness and Examinations:** *Must proof of Terminal Illness be submitted?*
We reserve the right to require satisfactory Proof of Terminal Illness on an ongoing basis. Any diagnosis submitted must be provided by a Physician.

If You or Your Dependents do not submit proof of Terminal Illness satisfactory to Us, or if You or Your Dependents refuse to be examined by a Physician, as We may require, then We will not pay an Accelerated Benefit.

**No Longer Terminally Ill:** *What happens to my coverage if I am no longer Terminally Ill or my Dependent is no longer Terminally Ill?*
If You or Your Dependents are diagnosed by a Physician as no longer Terminally Ill and:
1) return to an Eligible Class, coverage will remain in force, provided premium is paid;
2) do not return to an Eligible Class, but You continue to meet the definition of Disabled, coverage will remain in force; or
3) are not in an Eligible Class, but You do not continue to meet the definition of Disabled, coverage will end and You may be eligible to exercise the Conversion Right, if You do so within the time limits described in such provision.
In any event, the amount of coverage will be reduced by the Accelerated Benefit paid.

**Conversion Right:** *If coverage under The Policy ends, do I have a right to convert?*
If Life Insurance coverage or any portion of it under The Policy ends for any reason, You and Your Dependents may have the right to convert the coverage that terminated to an individual conversion policy without providing Evidence of Insurability. Conversion is not available for any Amount of Life Insurance for which You or Your Dependents were not eligible and covered under The Policy.

If coverage under The Policy ends because:
1) The Policy is terminated; or
2) Coverage for an Eligible Class is terminated;
then You or Your Dependent must have been insured under The Policy for 5 years or more, in order to be eligible to convert coverage. The amount which may be converted under these circumstances is limited to the lesser of:
1) $2,000; or
2) the Life Insurance Benefit under The Policy less any Amount of Life Insurance for which You or Your Dependent may become eligible under any group life insurance policy issued or reinstated within 31 days of termination of group life coverage.

If coverage under The Policy ends for any other reason, the full amount of coverage which ended may be converted.

**Insurer,** as used in this provision, means Us or another insurance company which has agreed to issue conversion policies according to this Conversion Right.

**Conversion:** *How do I convert my coverage or coverage for my Dependents?*
To convert Your coverage or coverage for Your Dependents, You must:
1) complete a Notice of Conversion Right form; and
2) have your Employer sign the form.
The Insurer must receive this within:
1) 31 days after Life Insurance terminates; or
2) 15 days from the date Your Employer signs the form;
whichever is later. However, We will not accept requests for Conversion if they are received more than 91 days after Life Insurance terminates.

After the Insurer verifies eligibility for coverage, the Insurer will send You a Conversion Policy proposal. You must:
1) complete and return the request form in the proposal; and
2) pay the required premium for coverage;
within the time period specified in the proposal.

Any individual policy issued to You or Your Dependents under the Conversion Right:

1)  will be effective as of the 32nd day after the date coverage ends; and
2)  will be in lieu of coverage for this amount under The Policy.

**Conversion Policy Provisions:**  *What are the Conversion Policy provisions?*
The Conversion Policy will:
1)  be issued on one of the Life Insurance policy forms the Insurer is issuing for this purpose at the time of conversion; and
2)  base premiums on the Insurer's rates in effect for new applicants of Your class and age at the time of conversion.
The Conversion Policy will not provide:
1)  the same terms and conditions of coverage as The Policy;
2)  any benefit other than the Life Insurance Benefit; and
3)  term insurance.

However, Conversion is not available for any Amount of Life Insurance which was, or is being, continued:
1)  under a certificate of insurance issued in accordance with the Portability provision; or
2)  in accordance with the Continuation Provisions;
until such coverage ends.

**Death within the Conversion Period:**  *What if I or my Dependents die before coverage is converted?*
We will pay the deceased person's Amount of Life Insurance You would have had the right to apply for under this provision if:
1)  coverage under The Policy terminates;
2)  You or Your Dependent die within 31 days of date coverage terminates; and
3)  We receive Proof of Loss.

If the Conversion Policy has already taken effect, no Life Insurance Benefit will be payable under The Policy for the amount converted.

**Portability Benefits:**  *What is Portability?*
Portability is a provision which allows You and Your Dependents to continue coverage under a Group Portability policy when coverage would otherwise end due to certain Qualifying Events.

**Qualifying Events:**  *What are Qualifying Events?*
Qualifying Events for You are:
1)  Your employment terminates for any reason prior to Normal Retirement Age; or
2)  Your membership in an Eligible Class under The Policy ends.
Qualifying Events for Your Dependents are:
1)  Your employment terminates, for any reason prior to Normal Retirement Age; or
2)  Your death;
3)  Your membership in a class eligible for Dependent coverage ends;
4)  He or she no longer meets the definition of Dependent.  However a Dependent Child who reaches the limiting age under The Policy is not eligible for Portability.

**Electing Portability:**  *How do I elect Portability?*
You may elect Portability for Your coverage after Your Supplemental coverage ends because You had a Qualifying Event. You may also elect Portability for Your Dependent coverage if Your Dependent has a Qualifying Event. The Policy must still be in force in order for Portability to be available.

In order for Dependent Child coverage to be continued under this provision, You or Your Spouse must elect to continue coverage.

To elect Portability for You or Your Dependents, You must:
1)  complete and have Your Employer sign a Portability application; and
2)  submit the application to Us, with the required premium.
This must be received within:
1)  31 days after Life Insurance terminates; or
2)  15 days from the date Your Employer signs the application;
whichever is later. However, Portability requests will not be accepted if they are received more than 91 days after Life Insurance terminates.

After We verify eligibility for coverage, We will issue a certificate of insurance under a Portability policy. The Portability coverage will be:
1) issued without Evidence of Insurability;
2) issued on one of the forms then being issued by Us for Portability purposes; and
3) effective on the day following the date Your or Your Dependent's coverage ends.

The terms and conditions of coverage under the Portability policy will not be the same terms and conditions that are applicable to coverage under The Policy.

**Limitations:** *What limitations apply to this benefit?*
You may elect to continue 50%, 75%, or 100% of the Amount of Life Insurance which is ending for You or Your Dependent. This amount will be rounded to the next higher multiple of $1,000, if not already a multiple of $1,000. However, the Amount of Life Insurance that may be continued will not exceed:
1) $250,000 for You;
2) $50,000 for Your Spouse ; or
3) $10,000 for Your Dependent Child(ren).

If You elect to continue 50% or 75% now, You may not continue any portion of the remaining amount under this Portability provision at a later date. In no event will You or Your Spouse be able to continue an Amount of Life Insurance which is less than $5,000.

Portability is not available for any Amount of Life Insurance for which You or Your Dependents were not eligible and covered.

In addition Portability is not available if You or Your Dependents are entering active military service.

**Effect of Portability on other Provisions:** *How does Portability affect other Provisions?*
Portability is not available for any Amount of Life Insurance which was, or is being, continued in accordance with the:
1) Conversion Right; or
2) Continuation provisions;
under The Policy. However, if:
1) You elect to continue only a portion of terminated coverage under this Portability provision; or
2) the Amount of Life Insurance exceeds the maximum Portability amount;
then the Conversion Right may be available for the remaining amount.

The Waiver of Premium provision will not be available if You elect to continue coverage under this Portability provision.

With respect to Dependent Life only:
**Pre-Existing Condition Limitation:** *Are benefits limited for Pre-existing Conditions?*
We will not pay any benefit, or any increase in benefits, under The Policy for any death that results from, or is caused or contributed to by, a Pre-existing Condition, unless Your Dependent has been, continuously insured under The Policy for 12 month(s) from:
1) Your Dependent's effective date of initial coverage; or
2) Your Dependent's effective date of a Change in Coverage,
as applicable.

**Pre-existing Condition** means:
1) any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse; or
2) any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, Mental Illness, pregnancy, or Substance Abuse;
for which Your Dependent received Medical Care during the 3 month period that ends the day before:
1) Your Dependent's effective date of initial coverage; or
2) Your Dependent's effective date of a Change in Coverage,
as applicable.

**Medical Care** is received when a physician or other health care provider:
1) is consulted or gives medical advice; or
2) recommends, prescribes, or provides Treatment.

**Treatment** includes but is not limited to:
1) medical examinations, tests, attendance or observation; and

2)   use of drugs, medicines, medical services, supplies or equipment

## GENERAL PROVISIONS

**Notice of Claim:**  *When should I notify the Company of a claim?*
You, or the person who has the right to claim benefits, must give Us, written notice of a claim within 30 days after the date of death.

If notice cannot be given within that time, it must be given as soon as reasonably possible after that.  Such notice must include the claimant's name, address and the Policy Number.

**Claim Forms:**  *Are special forms required to file a claim?*
We will send forms to the claimant to provide Proof of Loss, within 15 days of receiving a Notice of Claim.  If We do not send the forms within 15 days, the claimant may submit any other written proof which fully describes the nature and extent of the claim.

**Proof of Loss:**  *What is Proof of Loss?*
Proof of Loss may include, but is not limited to, the following:
1)   a completed claim form;
2)   a certified copy of the death certificate (if applicable);
3)   Your Enrollment form;
4)   Your Beneficiary Designation (if applicable);
5)   documentation of:
   a)   the date Your Disability began;
   b)   the cause of Your Disability; and
   c)   the prognosis of Your Disability;
6)   any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
7)   the names and addresses of all:
   a)   Physicians or other qualified medical professionals You have consulted;
   b)   hospitals or other medical facilities in which You have been treated; and
   c)   pharmacies which have filled Your prescriptions within the past three years;
8)   Your signed authorization for Us to obtain and release medical, employment and financial information (if applicable); or
9)   Any additional information required by Us to adjudicate the claim.
All proof submitted must be satisfactory to Us.

**Sending Proof of Loss:**  *When must Proof of Loss be given?*
Written Proof of Loss should be sent within 90 day(s) after the loss. All Proof of Loss should be sent to Us. However, all claims should be submitted to Us within 90 day(s) of the date coverage ends.

If proof is not given by the time it is due, it will not affect the claim if:
1)   it was not possible to give proof within the required time; and
2)   proof is given as soon as possible; but
3)   not later than 1 year after it is due unless You, or the person who has the right to claim benefits, are not legally competent.

**Physical Examination and Autopsy:**  *Can We have a claimant examined or request an autopsy?*
While a claim is pending We have the right at Our expense:
1)   to have the person who has a loss examined by a Physician when and as often as We reasonably require; and
2)   to have an autopsy performed in case of death where it is not forbidden by law.

**Claim Payment:**  *When are benefit payments issued?*
When We determine that benefits are payable, We will pay the benefits in accordance with the Claims to be Paid provision.

**Claims to be Paid:**  *To whom will benefits for my claim be paid?*
Life Insurance Benefits will be paid in accordance with the life insurance Beneficiary Designation.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:
1) the executors or administrators of Your estate; or
2) all to Your surviving Spouse; or
3) if Your Spouse does not survive You, in equal shares to Your surviving Children; or
4) if no child survives You, in equal shares to Your surviving parents.

In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $250 to any person equitably entitled to payment because of expenses from Your burial. Payment to any person, as shown above, will release Us from liability for the amount paid.

If any beneficiary is a minor, We may pay his or her share, until a legal guardian of the minor's estate is appointed, to a person who at Our option and in Our opinion is providing financial support and maintenance for the minor.  We will pay:
1) $200 at Your death; and
2) monthly installments of not more than $200.
Payment to any person as shown above will release Us from all further liability for the amount paid.

We will pay the Life Insurance Benefit at Your Dependents' death to You, if living.  Otherwise, it will be paid, at Our option, to Your surviving Spouse or the executor or administrator of Your estate.

If benefits are payable and meet Our guidelines, then We may pay benefits into a draft book account (checking account) which will be owned by:
1) You, if living; or
2) Your beneficiary, in the event of Your death.

The account owner may elect a lump sum payment by writing a check for the full amount in the account. However, an account will not be established for a benefit payable to Your estate.

We will make any payments, other than for loss of life, to You.  We may make any such payments owed at Your death to Your estate.  If any payment is owed to:
1) Your estate;
2) a person who is a minor; or
3) a person who is not legally competent,
then We may pay up to $1,000 to a person who is related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.

**Beneficiary Designation:**  *How do I designate or change my beneficiary?*
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer.  Only satisfactory forms sent to the Employer prior to Your death will be accepted.

Beneficiary designations will become effective as of the date You signed and dated the form, even if You have since died.  We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a Power of Attorney.

**Claim Denial:**  *What notification will my Beneficiary or I receive if a claim is denied?*
If a claim for benefits is wholly or partly denied, You or Your Beneficiary will be furnished with written notification of the decision. This written notification will:
1) give the specific reason(s) for the denial;
2) make specific reference to the provisions on which the denial is based;
3) provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
4) provide an explanation of the review procedure.

**Claim Appeal:**  *What recourse do my Beneficiary or I have if a claim is denied?*
On any claim, the claimant or his or her representative may appeal to Us for a full and fair review.  To do so, he or she:
1) must request a review upon written application within:
   a) 180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
   b) 60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
2) may request copies of all documents, records, and other information relevant to the claim; and
3) may submit written comments, documents, records and other information relating to the claim.

We will respond in writing with Our final decision on the claim.

**Policy Interpretation:** *Who interprets the terms and conditions of The Policy?*
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of The Policy. This provision applies where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA).

**Incontestability:** *When can the Life Insurance Benefit of The Policy be contested?*
Except for non-payment of premiums, Your or Your Dependent's Life Insurance Benefit cannot be contested after two years from its effective date.

In the absence of Fraud, no statement made by You relating to Your insurability will be used to contest Your insurance for which the statement was made after Your insurance has been in force for two years. In order to be used, the statement must be in writing and signed by You.

No statement made relating to Your Dependents being insurable will be used to contest their insurance for which the statement was made after their insurance has been in force for two years. In order to be used, the statement must be in writing and signed by You or Your representative.

**Assignment:** *Are there any rights of assignment?*
You have the right to absolutely assign Your rights and interest under The Policy including, but not limited to the following:
  1) the right to make any contributions required to keep the insurance in force;
  2) the right to convert; and
  3) the right to name and change a beneficiary.

We will recognize any absolute assignment made by You under The Policy, provided:
  1) it is duly executed; and
  2) a copy is acknowledged and on file with Us.

We and the Policyholder assume no responsibility:
  1) for the validity or effect of any assignment; or
  2) to provide any assignee with notices which We may be obligated to provide to You.

You do not have the right to collaterally assign Your rights and interest under The Policy.

**Legal Actions:** *When can legal action be taken against Us?*
Legal action cannot be taken against Us:
  1) sooner than 60 days after the date Proof of Loss is furnished; or
  2) 3 years after the date Proof of Loss is required to be furnished according to the terms of The Policy.

**Workers' Compensation:** *How does The Policy affect Workers' Compensation coverage?*
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Insurance Fraud:** *How does the Company deal with fraud?*
Insurance fraud occurs when You, Your Dependents and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us. It is a crime if You, Your Dependents and/or Your Employer commit insurance fraud. We will use all means available to Us to detect, investigate, deter and prosecute those who commit insurance fraud. We will pursue all available legal remedies if You, Your Dependents and/or Your Employer perpetrate insurance fraud.

**Misstatements:** *What happens if facts are misstated?*
If material facts about You or Your Dependents were not stated accurately:
  1) the premium may be adjusted; and
  2) the true facts will be used to determine if, and for what amount, coverage should have been in force.


# DEFINITIONS

**Active Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business.  This must be at least the number of hours shown in the Schedule of Insurance.

**Actively at Work** means at work with Your Employer on a day that is one of Your Employer's scheduled workdays.  On that day, You must be performing for wage or profit all of the regular duties of Your job:
1) in the usual way; and
2) for Your usual number of hours.

We will also consider You to be Actively At Work on any regularly scheduled vacation day or holiday, only if You were Actively At Work on the preceding scheduled work day.

**Contributory Coverage** means coverage for which You are required to contribute toward the cost.  Contributory Coverage is shown in the Schedule of Insurance.

**Dependent Child(ren)** means:
1) Your stepchildren, through age 18, and either reside in your home or qualify as a dependent on your federal income tax return;
2) Your legally adopted children, through age 18, and have been placed with you or for whom you have assumed legal obligation in anticipation of legal adoption;
3) Foster children, provided they are under age 18, for whom You have been receiving foster care payments; or
4) Your unmarried children; or
5) any other children related to You by blood or marriage who:
   a) live with You in a regular parent-child relationship; and/or
   b) You claimed as a dependent on Your last filed federal income tax return;
provided such children are primarily dependent upon You for financial support and maintenance and are:
1) at least 14 day(s) but under age 19;
2) age 19, but under age 23 and in full-time attendance (at least 12 course credit hours per semester) at an accredited institution of learning.  If the institution establishes full-time status in any other manner, We reserve the right to determine whether the student continues to qualify as a Dependent; or
3) age 19 or older and disabled.  Such children must have become disabled before attaining age 19. You must submit proof, satisfactory to Us, of such children's disability.

**Dependents** means Your Spouse and Your Dependent Child(ren).  A dependent must be a citizen or legal resident of the United States, its territories and protectorates.

**Earnings** means Your regular annual rate of pay excluding bonuses, commissions, tips and tokens, overtime pay or any other fringe benefits or extra compensation in effect as of the October 1st of the prior calendar year, in effect on the date immediately prior to the date You were last Actively at Work.

**Employer** means the Policyholder.

**Guaranteed Issue Amount** means the Amount of Life Insurance for which We do not require Evidence of Insurability. The Guaranteed Issue Amount is shown in the Schedule of Insurance.

**Non-Contributory Coverage** means coverage for which You are not required to contribute toward the cost.  Non-Contributory Coverage is shown in the Schedule of Insurance.

**Physician** means a person who is:
1) a doctor of medicine, osteopathy, psychology or other legally qualified practitioner of a healing art that We recognize or are required by law to recognize;
2) licensed to practice in the jurisdiction where care is being given;
3) practicing within the scope of that license; and
4) not Related to You by blood or marriage.

**Prior Policy** means the group life insurance Policy carried by Your Policyholder on the day before the Policy Effective Date and will only include the coverage which is transferred to Us.

**Related** means Your Spouse, or other adult living with You, or Your sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter, or grandchild.

23

**Spouse** means Your spouse who is not legally separated or divorced from You.

**The Policy** means the policy which We issued to the Policyholder under the Policy Number shown on the face page.

**We, Us or Our** means the insurance company named on the face page of The Policy.

**You or Your** means the person to whom this certificate is issued.



**AMENDATORY RIDER**

This rider is attached to all certificates given in connection with The Policy and is effective on The Policy Effective Date.

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage.  In addition, any reference made herein to Dependent coverage will only apply if Dependent coverage is provided in Your certificate.

For <u>Colorado</u> residents:
1) The **Suicide** provision will only exclude amounts of life insurance in effect within the first year of coverage or within the first year following an increase in coverage.
2) Item #2 of the definition of **Dependent Child(ren)** is amended to read as follows:
   any other children related to You by blood or marriage or civil union or domestic partnership who:
3) The following is added to the definition of **Spouse**:
   Spouse will include Your partner in a civil union.
4) The **Change in Family Status** provision is amended to read as follows:
   A Change in Family Status occurs when:
   1) You get married or enter a civil union or You execute a domestic partner affidavit;
   2) You and Your spouse divorce or terminate a civil union or terminate a domestic partnership;
   3) Your child is born or You adopt or become the legal guardian of a child;
   4) Your spouse or party to a civil union or domestic partner dies;
   5) Your child is no longer financially dependent on You or dies;
   6) Your spouse or party to a civil union or domestic partner is no longer employed, which results in a loss of group insurance; or
   7) You have a change in classification from part-time to full-time or from full-time to part-time.

For <u>Delaware</u> residents:
   The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For <u>Hawaii</u> residents:
   The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For <u>Illinois</u> residents:
   The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For <u>Louisiana</u> residents:

1) The definition of **Dependent** is replaced by the following:

**Dependent** means Your Spouse and Your Dependent Child(ren).  A dependent must be a citizen or legal resident of the United States, its territories and protectorates.  Any person who is in full-time military service cannot be a dependent, unless that person is subsequently called to military service and any required premium is paid.

2) The age limit stated in the **Continuation for Dependent Children with Disabilities** provision is increased to 21, if less than 21.

3) The following provision is added to the **Period of Coverage** provisions:

**Reinstatement after Military Service:  If:**

1) Your coverage terminates because You enter active military service; and
2) You are rehired within 12 months of the date Your coverage terminated/within 12 months of the date You return from active military service;

then coverage for You and Your previously covered Dependent Spouse/Dependents may be reinstated, provided You request such reinstatement within 31 days of the date You return to work.  The reinstated coverage will:

1) be the same coverage amounts in force on the date coverage terminated; and
2) not be subject to any Waiting Period for Coverage, Evidence of Insurability or Pre-existing Conditions Limitations; and
3) be subject to all the terms and provisions of The Policy.

4) The last paragraph of the **Claims to be Paid** provision is replaced by the following:

In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $500 to any person equitably entitled to payment because of expenses from Your funeral or other expenses incident to Your last illness or death.  Payment to any person, as shown above, will release Us from liability for the amount paid.

5) The exclusion for the **Seatbelt and Air Bag** benefit is replace by the following:

The Seat Belt and Air Bag Benefit will not be payable if the injured person is operating the Motor Vehicle at the time of Injury while:

1) Intoxicated; or
2) under the influence of narcotics, unless administered on the advice of a physician.

6) The drug exclusion in the Accidental Death and Dismemberment Exclusions is replaced by the following:

Injury sustained while under the influence of narcotics, unless administered on the advice of a Physician;

For <u>Massachusetts</u> residents:

The definition of **Terminal Illness or Terminally Ill** in the **Accelerated Benefit** cannot exceed 24 months.

For <u>Michigan</u> residents:

The **Policy Interpretation** provision is deleted in its entirety.

For <u>Minnesota</u> residents:

1) The term "granted military leave of absence" in the <u>Military Leave of Absence</u> portion of the **Continuation Provisions** section, is amended to "documented military leave of absence."

2) The provision titled **"Lay Off"** is deleted from the Continuation Provisions and is replaced by the following:

**Lay Off:**  If You are voluntarily or involuntarily terminated or Laid Off, You may elect to continue Your coverage by making monthly premium payments to the Employer for the cost of continued coverage.  You must elect this continued coverage within 60 days from:

1) the date Your coverage would otherwise terminate; or
2) the date You receive a written notice of Your right to continue coverage;

whichever is later. The amount of premium charged may not exceed 102% of the premium paid, either by You or the Employer, for life insurance coverage for an Active Employee.  The Employer will inform You of:

1) Your right to continue coverage;
2) the amount of monthly premium; and
3) how, where and by when payment must be made.

Upon request, the Employer will provide You Our written verification of the cost of coverage. Coverage will continue until the first to occur of:

1) the date You are covered under another group policy; or
2) the last day of the 18th month following the date of termination or layoff.

At the end of such 18 month period, You may exercise the Conversion Right if You do so within the time limits described in such provision. However, in lieu of conversion coverage You may accept a policy providing

reduced benefits at a reduced premium rate. Minnesota law requires that if Your coverage ends because the Employer fails:

    1) to notify You of Your right to continue coverage; or
    2) to pay the premium after timely receipt;

the Employer will be liable for benefit payments to the extent We would have been liable had You still been covered. Laid Off means that there is a reduction in the number of hours You work for the Employer so that You are no longer eligible for coverage. The term termination does not include discharge for gross misconduct but does include retirement.

3) the 7th paragraph of the **Accelerated Benefit** provision is deleted.
4) the 2nd, 3rd and 4th paragraphs of the **Conversion Right** provision are deleted.
5) The first sentence of the 5th paragraph of the **Claims to be Paid** provision is amended as follows:

    If benefits are payable and are greater than $15,000, then You or Your beneficiary may request that We pay benefits into a draft book account (checking account) which will be owned by:

        1) You, if living; or
        2) Your beneficiary, in the event of Your death.

For Missouri residents:

1) The time periods stated in the **Conditions for Qualification** and the **Benefit Payable before Approval of Waiver of Premium** provisions are changed to 180 days, if greater than180 days.
2) The following language is added to the **When Premiums are Waived** provision:

    If Waiver of Premium is approved, it will be retroactive to the date the disability began. Premiums will be waived retrospectively once You have completed the 180 day waiting period.

3) The **Suicide** provision is replaced by the following:

    **Suicide:** *What benefit is payable if death is a result of suicide?*

    If You or Your Dependent commit suicide, whether sane or insane, We will not pay any Supplemental Amount of Life Insurance or Supplemental Amount of Dependent Life Insurance for the deceased person which was elected within the 1 year period immediately prior to the date of death. This applies to initial coverage and elected increases in coverage. It does not apply to benefit increases that resulted solely due to an increase in Earnings. If You or Your Dependent die as a result of suicide, whether sane or insane, within 1 year of the Policy effective date, all premiums paid for coverage will be refunded.

    This 1 year period includes the time group life insurance coverage was in force under the Prior Policy.

4) Item 2 of the **Accidental Death and Dismemberment Exclusions** is replaced with the following:
    2) suicide or attempted suicide, whether sane or insane;

For Montana residents:

1) The time period stated in the **Conversion Right** provision is changed to 3 years, if greater than 3 years.
2) The dollar amount stated in the **Conversion Right** provision is changed to $10,000, if less than $10,000.
3) The 2nd paragraph of the **Conversion Policy Provisions** is deleted.
4) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $500, if not $500.
5) The following provision is added to the **Claims to be Paid** provision.

    **Payable Interest:** *Is interest payable on death claims?*

    Claims payable for loss of life will be paid within 60 days of the date due proof is received. If the claim is paid more than 30 days after the date due proof is received, the amount payable will include interest. Interest will be paid at the discount rate, on 90-day commercial paper, in effect at the Federal Reserve Bank in the Ninth Federal Reserve District on the date due proof is received.

For New Hampshire residents:

1) The **Waiver of Premium and Disability Extension** provision or the **Disability Extension** provision is deleted
2) The following is added to the end of the first paragraph of the **Conversion** provision:

    The Notice of Conversion Right form will be mailed to You within 15 days after the Policy ceases. If notice is given more than 15 days after the Policy ceases, the time You have to convert will be extended for 15 days from the date notice was given.

3) The last sentence of the second paragraph of the **Conversion** provision is replaced by the following:

    However, unless you did not have notice, We will not accept requests for Conversion if they are received more than 91 days after Life Insurance terminates.

4) Item #3 in the second paragraph of the **Sending Proof of Loss** provision is deleted.
5) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $250, if not $250.

6) The following is added to the Period of Coverage if Spouse Accidental Death and Dismemberment is included in the contract:

**Spouse Continuation:** *Can coverage be continued for a divorced Spouse?*

If You are legally separated or divorced from Your Spouse, coverage for Your former Spouse may continue under The Policy until the earliest of:

1) the last day of the third year following the anniversary of a final divorce or legal separation;
2) the date You remarry;
3) the date Your former Spouse remarries;
4) a date specified in the final divorce decree;
5) the date Your former Spouse fails to pay any premiums that may be due; or
6) the date You die.

For <u>North Dakota</u> residents:

The **Suicide** provision will only exclude amounts of life insurance in effect within the first year of coverage or within the first year following an increase in coverage.

For <u>Ohio</u> residents, any references to **Accelerated Benefit** are amended to read as **Accelerated Death Benefit**.

For <u>Oregon</u> residents:
1) The **Spouse** definition is amended to read as follows:

**Spouse** means Your spouse who:
1) is under age 65;
2) is not legally separated or divorced from You; and
3) is not in active full-time military service outside the continental United States, Hawaii, Puerto Rico or Alaska. However, Your spouse who is in active full-time military service inside the continental United States, Hawaii, Puerto Rico or Alaska will be considered a Dependent.

Spouse will include Your domestic partner provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or
2) have registered as domestic partners with a government agency or office where such registration is available.

You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.
2) The following is added to the definition of **Dependent Child(ren):**

Dependent Child(ren) will also include child(ren) of Your Oregon registered domestic partner.
3) The **Continuation Provisions** section is amended to include the following for Employers with 10 or more employees:

<u>Jury Duty:</u> If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:
1) elected to have Your coverage continued; and
2) provided notice of the election to Your employer in accordance with Your employer's notification policy.

For <u>Rhode Island</u> residents:
1) The **Spouse** definition is amended to read as follows:

**Spouse** means Your spouse who is not legally separated or divorced from You.

Spouse will include Your party to a civil union, provided You:
1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.

You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.
2) The following is added to **Continuation Provisions**:

Family Military Leave of Absence: If Your spouse or child enters active full-time military service outside of the continental United States, Hawaii, Puerto Rico or Alaska, and You:
1) have been employed with the same employer for at least two years; and
2) have completed 1,250 hours of service during a 12 month period immediately prior to the date Military Leave of Absence would begin; and
3) have exhausted all the other time made available to You by Your Employer except sick time and short term disability;

then Your coverage may be continued for up to 30 days.  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

To elect a Family Military Leave of Absence, You must notify Your Employer at least 14 days prior to the date the leave would begin if the leave would consist of five or more consecutive work days.  For a leave of less than five days, the Employee should give notice as soon as reasonable possible.
3)  The provision titled **Policy Interpretation** is deleted in its entirety.

For <u>South Carolina</u> residents:
1)  The following is added to the **Physical Examinations and Autopsy** provision:  "Such autopsy must take place in the state of South Carolina."
2)  The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $2,000, if not $2,000.

For <u>South Dakota</u> residents:
1)  The **suicide, felony, speed or endurance contest** exclusions are replaced by the following:
    suicide, whether sane or insane, within two years of the individual's coverage under the policy;
    Injury caused directly or indirectly by riding or driving on land, air, or water if participating in a speed or endurance contest;
    Injury sustained while committing a felony.
2)  The **self-inflicted Injury, drug, Intoxicated and Driving while Intoxicated** exclusions are deleted.
3)  The definition of "**Intoxicated**" is deleted from the Exclusion section.
4)  The exclusions set forth in the **Seat Belt and Air Bag** benefit are deleted.
5)  The definition of **Felonious Assault** set forth in the Felonious Assault Benefit is replaced by the following:
    **Felonious Assault** means a violent or criminal act directed at You or Your Dependents during the course of a robbery, kidnapping or criminal assault, which constitutes a felony under the law.

For <u>Texas</u> residents, the provision titled **Policy Interpretation** is deleted in its entirety.

For <u>Utah</u> residents:
1)  The time period stated in the **Suicide** provision is changed to 2 years if not already 2 years.
2)  Item 1 of the first paragraph in the **Conversion Policy Provisions** is replaced by the following:
    1)  be issued on one of the Life Insurance policy forms the Insurer is customarily issuing at the age and for the amount applied for at the time of conversion except for term insurance; and
3)  The following sentence is added to the **Effect of Waiver of Premium on Conversion** provision, if not already added:
    The Insurer will refund the premium paid for such Conversion Policy.
4)  The time period stated in the **Claim Forms** provision is changed to 15 days if not already 15 days.
5)  Item 3 of the second paragraph of the **Sending Proof of Loss** provision is deleted.
6)  The time period stated in the **Claim Payment** provision is changed to 15 days if not already 15 days.
7)  The provision titled **Policy Interpretation** is deleted in its entirety.
8)  The words "In the absence of fraud" are deleted from the **Incontestability** provision.
9)  The following provision is added to the Continuation provisions:
    **Disability:** If You are not Actively at Work due a Disability, all of Your coverage (including Dependent Life coverage) may be continued beyond a date shown in the Termination provision.  Coverage may not be continued under more than one Continuation Provision.  The amount of continued coverage applicable to You or Your Dependents will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended.  Coverage will continue until the earliest of:
    1) six months from the date of Disability;
    2) approval by Us of continuation of the coverage under any disability provision The Policy may contain;
    3) the date premium payment is due but not paid;
    4) The Policy terminates; or
    5) if the Policyholder is a trust, Your Employer ceases to be a Participating Employer.
    In no event will the amount of insurance increase while coverage is continued in accordance with this provision. The Continuation Provisions shown above may not be applied consecutively. If such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed twelve consecutive months.

For <u>Vermont</u> residents:
1)  The following Endorsement applies:

**Purpose:** This endorsement is intended to provide benefits for parties to a civil union. Vermont law requires that insurance contracts and policies offered to married persons and their families be made available to parties to a civil union and their families. In order to receive benefits in accordance with this endorsement, the civil union must have been established in the state of Vermont according to Vermont law.

**General Definitions, Terms, Conditions and Provisions:** The general definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:

1) Terms that mean or refer to a marital relationship or that may be construed to mean or refer to a marital relationship: such as "marriage", "spouse", "husband", "wife", "dependent", "next of kin", "relative", "beneficiary", "survivor", "immediate family" and any other such terms include the relationship created by a civil union.
2) Terms that mean or refer to a family relationship arising from a marriage such as "family", "immediate family", "dependent", "children", "next of kin", "relative", "beneficiary", "survivor" and any other such terms include the family relationship created by a civil union.
3) Terms that mean or refer to the inception or dissolution of a marriage, such as "date of marriage", "divorce decree", "termination of marriage" and any other such terms include the inception or dissolution of a civil union.
4) "Dependent" means a spouse, a party to a civil union, and/or a child or children (natural, stepchild, legally adopted or a minor who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union.
5) "Child or covered child" means a child (natural, step-child, legally adopted or a minor who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union.

**Cautionary Disclosure: THIS RIDER IS ISSUED TO MEET THE REQUIREMENTS OF VERMONT LAW AS EXPLAINED IN THE "PURPOSE" PARAGRAPH OF THE RIDER. THE FEDERAL GOVERNMENT OR ANOTHER STATE GOVERNMENT MAY NOT RECOGNIZE THE BENEFITS GRANTED UNDER THIS RIDER. YOU ARE ADVISED TO SEEK EXPERT ADVICE TO DETERMINE YOUR RIGHTS UNDER THIS CONTRACT.**

2) The following sentence is added to the **Life Insurance Benefit** provision:
Interest is payable from the date of death until the date payment is made at an interest rate of 6% per year or at least Our corporate interest rate, whichever is greater.

For <u>Washington</u> residents:
1) The **Suicide** provision is deleted in its entirety.
2) The following is added to the **No Longer Terminally Ill** provision:
**Dispute about Diagnosis**: If Your attending physician, and a physician appointed by Us, disagree on whether You are Terminally Ill, Our physician's opinion will not be binding upon You. The two parties shall attempt to resolve the matter promptly and amicably. In case the disagreement is not resolved, You have the right to mediation or binding arbitration conducted by a disinterested third party who has no ongoing relationship with either. Any such arbitration shall be conducted in accordance with the laws of the State of Washington. As part of the final decision, the arbitrator or mediator shall award the costs of the arbitrator to one party or the other, or may divide the costs equally or otherwise.
3) The **Labor Dispute** continuation provision is replaced with the following:
**Labor Dispute**: If You are not Actively at Work as the result of a labor dispute, all of Your coverages (including Dependent Life coverage) may be continued during such dispute until the last day of the month in which the coverage terminated, but in no event for a period exceeding six months. If the labor dispute ends, this continuation will cease immediately.
4) The provision titled **Policy Interpretation** is deleted in its entirety.
5) The definition of **Dependent Child(ren)** is amended to include relationships due to domestic partnership.
6) The **Spouse** definition is amended to read as follows:
**Spouse** means Your spouse who is not legally separated or divorced from You.
Spouse will include Your domestic partner or party to a civil union, provided You:
1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners or parties to a civil union for purposes of The Policy; or
2) have registered as domestic partners or parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
You will continue to be considered domestic partners or parties to a civil union provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

For <u>Wisconsin</u> residents:

1) The dollar amount stated in the **Conversion Right** provision is changed to $5,000, if not $5,000.
2) The dollar amounts stated in the second paragraph and the last paragraph of the **Claims to be Paid** provision are changed to $1,000, if not $1,000.

In all other respects, the Policy and certificates remain the same.

Signed for <u>Hartford Life and Accident Insurance Company</u>.

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

**ERISA INFORMATION**
**THE FOLLOWING NOTICE**
**CONTAINS IMPORTANT INFORMATION**

This employee welfare benefit plan (Plan) is subject to certain requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended.  ERISA requires that you receive a Statement of ERISA Rights, a description of Claim Procedures, and other specific information about the Plan.  This document serves to meet ERISA requirements and provides important information about the Plan.

The benefits described in your booklet-certificate (Booklet) are provided under a group insurance policy (Policy) issued by the Hartford Life and Accident Insurance Company (Insurance Company) and are subject to the Policy's terms and conditions.  The Policy and Booklet are incorporated into, and form a part of, the Plan.  The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy.  The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy, to the extent permitted by applicable state law.

A copy of the Plan is available for your review during normal working hours in the office of the Plan Administrator.

---

1. **Plan Name**

   Group Basic Term Life, Supplemental Dependent Life, Supplemental Term Life Plan for employees of UNIVERSAL HEALTH SERVICES, INC.

---

2. **Plan Number**

   LIFE - 507

---

3. **Employer/Plan Sponsor**

   UNIVERSAL HEALTH SERVICES, INC.
   367 S. Gulph Rd.
   P. O. Box 61558
   King Of Prussia, PA 19406

---

4. **Employer Identification Number**

   

---

5. **Type of Plan**

   Welfare Benefit Plan providing Group Basic Term Life, Supplemental Dependent Life, Supplemental Term Life.

---

6. **Plan Administrator**

   UNIVERSAL HEALTH SERVICES, INC.
   367 S. Gulph Rd.
   P. O. Box 61558
   King Of Prussia, PA 19406

---

7. **Agent for Service of Legal Process**

For the Plan

UNIVERSAL HEALTH SERVICES, INC.
367 S. Gulph Rd.
P. O. Box 61558
King Of Prussia, PA 19406

For the Policy:

Hartford Life and Accident Insurance Company
One Hartford Plaza
Hartford, Connecticut 06155

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

8. **Sources of Contributions (Life)** Basic and supplemental coverage are being offered under a single ERISA plan. The Employer may pay some or all of the premium for the basic coverage.  Coverages described in the certificate/policy as noncontributory or as being paid by the Employer, if any, are those paid for directly by the Employer such that you may have no direct out of pocket expense for such coverage. However, employees who elect supplemental coverage will be required to contribute specified amounts to the plan. Any amounts paid by employees may be used to pay any benefit or expense under the plan and may be used to reduce what the Employer pays for basic coverage.

9. **Type of Administration**  The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group plan.

10. The Plan and its records are kept on a Policy Year basis.

11. **Labor Organizations**

None

12. **Names and Addresses of Trustees**

None

13. **Plan Amendment Procedure**

The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

## STATEMENT OF ERISA RIGHTS

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all Plan participants shall be entitled to:

1. **Receive Information About Your Plan and Benefits**

   a) Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
   b) Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary Plan description. The administrator may make a reasonable charge for the copies.
   c) Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

2. **Prudent Actions by Plan Fiduciaries**

In addition to creating rights for Plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

3. **Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If the Plan requires you to complete administrative appeals prior to filing in court, your right to file suit in state or Federal court may be affected if you do not complete the required appeals. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

4. **Assistance with Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly known as the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## CLAIM PROCEDURES

The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy, to the extent permitted by applicable state law.

**Claim Procedures for Claims Requiring a Determination of Disability**

Claims and appeals for disability benefits will be adjudicated in a manner designed to ensure the independence and impartiality of the persons involved in making the decision. Accordingly, decisions regarding hiring, compensation, termination, promotion or other similar matters with respect to any individual (such as a claims adjudicator or medical or vocational expert) shall not be made based upon the likelihood that the individual will support the denial of benefits.

If the Insurance Company fails to strictly adhere to all the requirements of ERISA with respect to a claim, you are deemed to have exhausted the administrative remedies available under the Plan, with certain exceptions. Accordingly, you are entitled to bring a civil action to pursue any available remedies under section 502(a) of ERISA on the basis that the Insurance Company has failed to provide a reasonable claims procedure that would yield a decision on the merits of the claim. If you choose to bring a civil action to pursue remedies under section 502(a) of ERISA under such circumstances, your claim or appeal is deemed denied on review without the exercise of discretion by an appropriate fiduciary. However, the administrative remedies available under the Plan will not be deemed exhausted based on *de minimis* violations that do not cause, and are not likely to cause, prejudice or harm to you so long as the Insurance Company demonstrates that the violation was for good cause or due to matters beyond the control of the Insurance Company and that the violation occurred in the context of an ongoing, good faith exchange of information between the Insurance Company and you. This exception is not available if the violation is part of a pattern or practice of violations by the Insurance Company. Before filing a civil action, you may request a written explanation of the violation from the Insurance Company, and the Insurance Company must provide such explanation within 10 days, including a specific description of its bases, if any, for asserting that the violation should not cause the administrative remedies available under the Plan to be deemed exhausted. If a court rejects your request for immediate review on the basis that the Insurance Company met the standards for the exception, your claim shall be considered as re-filed on appeal upon the Insurance Company's receipt of the decision of the court. Within a reasonable time after the receipt of the decision, the Insurance Company shall provide you with notice of the resubmission.

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 45 days after receipt of your properly filed claim. The time for decision may be extended for two additional 30 day periods provided that, prior to any extension period, the Insurance Company notifies you in writing that an extension is necessary due to matters beyond the control of the Insurance Company, identifies those matters and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim, the time for decision may be tolled from the date on which the notification of the extension is sent to you until the date the Insurance Company receives your response to our request. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

Any adverse benefit determination will be in writing and include: 1) the specific reason or reasons for the decision; 2) specific references to the Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the Insurance Company's review procedures and time limits applicable to such procedures; 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal the decision and after you receive a written denial on appeal; 6) a discussion of the decision, including an explanation of the basis for disagreeing with or not following: (a) the views presented by you to the Insurance Company of health care professionals treating you and vocational professionals who evaluated you, (b) the views of medical or vocational experts whose advice was obtained on behalf of the Insurance Company in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination, and (c) a disability determination regarding you presented by you to the Insurance Company made by the Social Security Administration; 7) if the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances, or a statement that such explanation will be provided free of charge upon request; 8) either the specific internal rules, guidelines, protocols, standards or other similar criteria of the Insurance Company relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the Insurance Company do not exist; 9) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits; and

10) a statement prominently displayed in any applicable non-English language clearly indicating how to access the language services provided by the Insurance Company.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court, with the exception of an action under the deemed exhausted process described above. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 180 days from the date you received your claim denial. As part of your appeal:

1.   you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.   you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

Before the Insurance Company can issue an adverse benefit determination on review, the Insurance Company shall provide you, free of charge, with any new or additional evidence considered, relied upon, or generated by the Insurance Company (or at the direction of the Insurance Company) in connection with the claim; such evidence must be provided as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination on review is required to be provided to give you a reasonable opportunity to respond prior to that date.

Before the Insurance Company can issue an adverse benefit determination on review based on a new or additional rationale, the Insurance Company shall provide you, free of charge, with the rationale; the rationale must be provided as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination on review is required to be provided to give you a reasonable opportunity to respond prior to that date.

The Insurance Company will make a final decision no more than 45 days after it receives your timely appeal. The time for final decision may be extended for one additional 45 day period provided that, prior to the extension, the Insurance Company notifies you in writing that an extension is necessary due to special circumstances, identifies those circumstances and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date the Insurance Company receives your response to the request. The Insurance Company may also toll the time for a decision to allow you a reasonable opportunity to respond to new or additional evidence or a new or additional rationale. Tolling will begin on the date that the Insurance Company provides you with new or additional evidence or a new or additional rationale, and end when the Insurance Company receives the response or on the date by which the Insurance Company has requested a response, whichever comes first.

The individual reviewing your appeal shall give no deference to the initial benefit decision and shall be an individual who is neither the individual who made the initial benefit decision, nor the subordinate of such individual. The review process provides for the identification of the medical or vocational experts whose advice was obtained in connection with an initial adverse decision, without regard to whether that advice was relied upon in making that decision. When deciding an appeal that is based in whole or part on medical judgment, the Insurance Company will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment and who is neither an individual consulted in connection with the initial benefit decision, nor a subordinate of such individual. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) the specific reason or reasons for the decision; 2) specific references to the Policy provisions on which the decision is based; 3) a statement that you are entitled to receive, upon request and free of charge, copies of all documents, records, and other information relevant to your claim; 4) a statement (a) that you have the right to bring a civil action under section 502(a) of ERISA, and (b) describing any applicable contractual limitations period that applies to your right to bring such an action, including the calendar date on which the contractual limitations period expires for the claim; 5) a discussion of the decision, including an explanation of the basis for disagreeing with or not following: (a) the views presented by you to the Insurance Company of health care professionals treating you and vocational professionals who evaluated you, (b) the views of medical or vocational experts whose advice was obtained on behalf of the Insurance Company in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination, and (c) a

disability determination regarding you presented by you to the Insurance Company made by the Social Security Administration; 6) if the adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances, or a statement that such explanation will be provided free of charge upon request; 7) either the specific internal rules, guidelines, protocols, standards or other similar criteria of the Insurance Company relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the Plan do not exist; 8) a statement prominently displayed in any applicable non-English language clearly indicating how to access the language services provided by the Insurance Company; and 9) any other notice(s), statement(s) or information required by applicable law.

**Claim Procedures for Claims Not Requiring a Determination of Disability**

Claims and appeals for benefits will be adjudicated in a manner designed to ensure the independence and impartiality of the persons involved in making the decision. Accordingly, decisions regarding hiring, compensation, termination, promotion or other similar matters with respect to any individual (such as a claims adjudicator or medical expert) shall not be made based upon the likelihood that the individual will support the denial of benefits.

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 90 days after receipt of your properly filed claim. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 90 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 180 days after your claim was received. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

However, any adverse benefit determination will be in writing and include: 1) specific reasons for the decision; 2) specific references to Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the review procedures and time limits applicable to such, and 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 60 days from the date you received your claim denial. As part of your appeal:

1. you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2. you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 60 days after it receives your timely appeal. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 60 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 120 days after your appeal was received. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision and specific references to the Policy provisions on which the decision is based, 2) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim, 3) a statement of your right to bring a civil action under section 502(a) of ERISA, and 4) any other notice(s), statement(s) or information required by applicable law.

The Plan Described in this Booklet
is Insured by the

Hartford Life and Accident Insurance Company
Simsbury, Connecticut
Member of The Hartford Insurance Group

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018016918  **DATE ISSUED:** MARCH 1, 2018

## DECEDENT INFORMATION  **DATE FILED:** FEBRUARY 1, 2018

NAME: EMMETT L HOLCOMB JR

DATE OF DEATH: **JANUARY 31, 2018**  SEX: **MALE**  AGE: 074 YEARS

DATE OF BIRTH: ███████  SSN: ███████

BIRTHPLACE: MERIDIAN, MISSISSIPPI, UNITED STATES

PLACE WHERE DEATH OCCURRED: NURSING HOME

FACILITY NAME OR STREET ADDRESS: PALM GARDEN OF PINELLAS

LOCATION OF DEATH: LARGO, PINELLAS COUNTY, 33771

RESIDENCE: 5309 16TH AVE S, GULFPORT, FLORIDA 33707, UNITED STATES

COUNTY: PINELLAS

OCCUPATION, INDUSTRY: MENTAL HEALTH THERAPIST, HOSPITAL

EDUCATION: MASTERS DEGREE  EVER IN U.S. ARMED FORCES? YES

HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN

RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION

**(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)**

MARITAL STATUS: DIVORCED

SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: EMMETT HOLCOMB SR

MOTHER'S/PARENT'S NAME: ANN D SHIELDS

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: LEANNA ALLEN

RELATIONSHIP TO DECEDENT: DAUGHTER

INFORMANT'S ADDRESS: 1089 63RD AVE S, ST PETERSBURG, FLORIDA 33705, UNITED STATES

FUNERAL DIRECTOR/LICENSE NUMBER: MARK E. GRANDE, F060591

FUNERAL FACILITY: ETERNAL CREMATION SERVICES LLC F061573
120 PATRICIA AVENUE, DUNEDIN, FLORIDA 34689

METHOD OF DISPOSITION: CREMATION

PLACE OF DISPOSITION: CREMATION CARE CENTER
ST PETERSBURG, FLORIDA

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE

TIME OF DEATH (24 HOUR): 0655  DATE CERTIFIED: FEBRUARY 1, 2018

CERTIFIER'S NAME: ACHYUT N GANDHI

CERTIFIER'S LICENSE NUMBER: ME111858

NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

*Ken Jones*  , STATE REGISTRAR

REQ: 2019035340

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



CERTIFICATION OF VITAL RECORD



IN THE COUNTY COURT OF LAUDERDALE COUNTY
THE STATE OF MISSISSIPPI

NORMA L. SANDE                                                                    PLAINTIFF

V.                                                    CIVIL ACTION, FILE NO. 18- 19 0075 (9)

THE HARTFORD and
UNIVERSAL HEALTH SERVICES, INC. d/b/a
ALLIANCE HEALTH SERVICES, Inc.

                                                                                DEFENDANTS

THE STATE OF MISSISSIPPI
TO THE PROCESS SERVER OF MISSISSIPPI

     You are hereby commanded to serve this Summons and a copy of the Complaint for damages in this action upon:

     **The Hartford**
     **Post Office Box 14299**
     **Lexington, Kentucky  40512-4299**

**by service upon the Insurance Department of the State of Mississippi.**

<u>NOTICE</u>

TO:  The Hartford:

     The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights.

     **You are required to mail or hand-deliver a copy of a written response to the Complaint to Robert J. Bresnahan, the attorney of record for the Plaintiff, whose address is 1108 - 19th Avenue, P.O. Box 826, Meridian, MS 39302.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.**

     **You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.**

     ISSUED UNDER MY HAND AND SEAL OF SAID COURT, this the _10th_ day of _Jan._ , 2019.

ROBERT J. BRESNAHAN                          DONNA JILL JOHNSON, CLERK OF THE
Attorney at Law, MSB #04389                   COUNTY COURT OF LAUDERDALE COUNTY,
1109 – 19th Avenue (39301)                     MISSISSIPPI
Post Office Box 826
Meridian, MS  39302-0826
(601) 693-6386 Telephone
(601) 693-6401 Facsimile
bresatty@comcast.net                           By: _____
My Commission Expires 1st Monday, JAN 2020   DEPUTY CLERK

IN THE COUNTY COURT OF LAUDERDALE COUNTY
THE STATE OF MISSISSIPPI

NORMA L. SANDE                                                                    PLAINTIFF

V.                                                 CIVIL ACTION, FILE NO. 18-  *19 0095 4*

THE HARTFORD and
UNIVERSAL HEALTH SERVICES, INC. d/b/a
ALLIANCE HEALTH SERVICES, Inc.

                                                                                DEFENDANTS

THE STATE OF MISSISSIPPI
TO THE PROCESS SERVER OF MISSISSIPPI

        You are hereby commanded to serve this Summons and a copy of the Complaint for damages in

this action upon:

        **Universal Health Services, Inc., d/b/a Alliance Health Services, Inc.,**
        **5000 Highway, Meridian, Mississippi, by service upon Director/CEO Jay Shehi**

by locating the said Defendant and handing to him/her a copy of this Summons and Complaint.

                                                <u>NOTICE</u>

        The Complaint which is attached to this Summons is important and you must take immediate action

to protect your rights.

        **You are required to mail or hand-deliver a copy of a written response to the Complaint to**

**Robert J. Bresnahan, the attorney of record for the Plaintiff, whose address is 1108 - 19th Avenue,**

**P.O. Box 826, Meridian, MS 39302.  Your response must be mailed or delivered within thirty (30)**

**days from the date of delivery of this Summons and Complaint or a judgment by default will be**

**entered against you for the money or other things demanded in the Complaint.**

        **You must also file the original of your response with the Clerk of this Court within a**

**reasonable time afterward.**

        ISSUED   UNDER   MY   HAND   AND   SEAL   OF   SAID   COURT,   this   the  *10th*  day   of

_____, 2019.

ROBERT J. BRESNAHAN                          DONNA JILL JOHNSON, CLERK OF THE
Attorney at Law, MSB #04389                   COUNTY COURT OF LAUDERDALE COUNTY,
1109 – 19th Avenue (39301)                    MISSISSIPPI
Post Office Box 826
Meridian, MS  39302-0826
(601) 693-6386 Telephone
(601) 693-6401 Facsimile                      By: _____
bresatty@comcast.net                         DEPUTY CLERK

                    My Commission Expires 1st Monday, Jan. 2020

FILED

JAN 15 2019

DONNA JILL JOHNSON
CIRCUIT CLERK

## MISSISSIPPI INSURANCE DEPARTMENT

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 11, 2019

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1682 2457

THE HARTFORD
Attn: Secretary
Post Office Box 14299
Lexington, Kentucky 40512-4299

In Re: Case No. 19-0075 Y, Norma L. Sande vs. The Hartford and
Universal Health Services, Inc, in the County Court of
Lauderdale County, Mississippi

Dear Sir or Madam:

We enclose a copy of the Notice and Complaint in the above-
styled cause which has been received in the Commissioner of
Insurance's Office by U.S. Mail on January 11, 2019.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _____
Christy Parker
Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc: Donna Jill Johnson
    P.O. Box 1005
    Meridian, MS 39202-1005

IN T     COUNTY COURT OF LAUDERDALE CC     TY
THE STATE OF MISSISSIPPI

NORMA L. SANDE                                                                    PLAINTIFF

V.                                          CIVIL ACTION, FILE NO. 18- _0075_(_4_ )

                                                    JAN 2 2 2019

THE HARTFORD and
UNIVERSAL HEALTH SERVICES, INC. d/b/a
ALLIANCE HEALTH SERVICES, Inc.           *Donna Jill Johnson*
                                            CIRCUIT CLERK                        DEFENDANTS

THE STATE OF MISSISSIPPI
TO THE PROCESS SERVER OF MISSISSIPPI

        You are hereby commanded to serve this Summons and a copy of the Complaint for damages in

this action upon:

        **Universal Health Services, Inc., d/b/a Alliance Health Services, Inc.,**
        **5000 Highway, Meridian, Mississippi, by service upon Director/CEO Jay Shehi**

by locating the said Defendant and handing to him/her a copy of this Summons and Complaint.

                                            **NOTICE**

        The Complaint which is attached to this Summons is important and you must take immediate action

to protect your rights.

        **You are required to mail or hand-deliver a copy of a written response to the Complaint to**

**Robert J. Bresnahan, the attorney of record for the Plaintiff, whose address is 1108 - 19th Avenue,**

**P.O. Box 826, Meridian, MS 39302.  Your response must be mailed or delivered within thirty (30)**

**days from the date of delivery of this Summons and Complaint or a judgment by default will be**

**entered against you for the money or other things demanded in the Complaint.**

        **You must also file the original of your response with the Clerk of this Court within a**

**reasonable time afterward.**

        ISSUED   UNDER   MY   HAND   AND   SEAL   OF   SAID   COURT,   this   the  _10th_  day   of

_Jan._____, 2019.

ROBERT J. BRESNAHAN                        DONNA JILL JOHNSON, CLERK OF THE
Attorney at Law, MSB #04389                COUNTY COURT OF LAUDERDALE COUNTY,
1109 – 19th Avenue (39301)                 MISSISSIPPI
Post Office Box 826
Meridian, MS  39302-0826
(601) 693-6386 Telephone                   By: _____
(601) 693-6401 Facsimile                   DEPUTY CLERK
bresatty@comcast.net

My Commission Expires 1st Monday, Jan. 2020

F I L E D

JAN 2 3 2019

IN THE COUNTY COURT OF LAUDERDALE COUNTY
THE STATE OF MISSISSIPPI

*Donna Jill Johnson*
CIRCUIT CLERK

NORMA L. SANDE                                                    PLAINTIFF

V.                                        CIVIL ACTION, FILE NO. 19-0075(Y)

THE HARTFORD and
UNIVERSAL HEALTH SERVICES, INC. d/b/a
ALLIANCE HEALTH SERVICES, INC.                        DEFENDANTS

<u>PROOF OF DELIVERY</u>

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Insurance Dept State
of Miss.
PO Box 79
Jackson MS 39205

9590 9402 4554 8278 7789 06

2. Article Number

7018 1830 0000 3364 4910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  1/11/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**ROBERT J. BRESNAHAN**
Attorney at Law, MSB #04389
1108 – 19th Avenue (39301)
Post Office Box 826
Meridian, MS 39302-0826
(601) 693-6386 Telephone
(601) 693-6401 Facsimile
bresatty@comcast.net