UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NORMA L. SANDE**                                                                    **PLAINTIFF**

V.                                        CIVIL ACTION NO. 3:19-cv-00111-HTW-LRA

**THE HARTFORD and**
**UNIVERSAL HEALTH SERVICES, INC. d/b/a**
**ALLIANCE HEALTH SERVICES, INC.**                      **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Joint Motion to Dismiss with Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss with Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Norma L. Sande therein against Hartford Life and Accident Insurance Company and Universal Health Services, Inc. be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Norma L. Sande and Defendants, including Hartford Life and Accident Insurance Company and Universal Health Services, Inc., shall bear their/its own respective court costs, attorney's fees and expenses.

SO ORDERED AND ADJUDGED, this the 29th day of May, 2019.

                                                 s/ HENRY T. WINGATE
                                                 UNITED STATES DISTRICT COURT JUDGE

/268301